```
KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300          JS 6
Culver City, California 90230
Telephone:  (310) 846-5800
Facsímile:   (310) 846-5801

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

---

BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.

        Plaintiff,

-against-

MARK D. BILETNIKOFF, MAUREEN LAMARY, FIRST AMENDMENT TEE, CO., INC. and VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,

        Defendants.

---

CIVIL ACTION NO.
2:14-311-DSF-JCG

**FINAL JUDGMENT AND <u>PERMANENT INJUNCTION</u>**

    The attorneys and parties in the above-referenced action having stipulated to the entry of a final judgment and permanent injunction:

IT IS HEREBY ORDERED that:

1. A judgment in the amount of $30,000.00 is entered jointly and severally against defendants Mark D. Biletnikoff, Maureen Lamary and First Amendment Tee Co., Inc. for willful and malicious trademark and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants Mark D. Biletnikoff, Maureen Lamary and First Amendment Tee Co., Inc. and parties acting in concert with them from advertising, selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of the musical performers known as Eminem, Drake, Psy, Black Sabbath, Lil Wayne and Justin Bieber and/or anything confusingly similar thereto.

DATED: 6/9/14

SO ORDERED:

_____
THE HONORABLE DALE S. FISCHER
United States District Judge